UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **BRADLEY SHAWN SMITH #743611** | **CIVIL ACTION NO. 25-1509 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **MICHELLE DAUZAT** | **MAG. JUDGE MCCLUSKY** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 4), and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus filed by BRADLEY SHAWN SMITH #743611 (R. Doc. 1) is **DENIED** and **DISMISSED WITH PREJUDICE.**

THUS ORDERED AND SIGNED in Chambers this 5th day of January, 2026.

JUDGE JERRY EDWARDS, JR.
UNITED STATES DISTRICT COURT