UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **BRADLEY SHAWN SMITH #743611** | **CASE NO. 3:25-CV-01509 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **MICHELLE DAUZAT** | **MAG. JUDGE MCCLUSKY** |

## AMENDED JUDGMENT

The Court previously entered a Judgment (Doc. 5) adopting the Report and Recommendation of the Magistrate Judge denying and dismissing the Petition for Writ of Habeas Corpus. The Judgment was entered before the untimely Objection filed by the Petitioner, Bradley Shawn Smith, was received (Doc. 6). Having reviewed the Objection, and after a de novo review of the record, the Court finds that the Magistrate Judge's findings and recommendation are correct under the applicable law. Accordingly,

**IT IS HEREBY ORDERED** that the original Judgment is **VACATED.**

**IT IS FURTHER ORDERED** that the Petition for Writ of Habeas Corpus filed by Bradley Shawn Smith (Doc. 1) is **DENIED** and **DISMISSED WITH PREJUDICE.**

THUS DONE in Chambers on this 8th day of January, 2026.

*Jerry Edwards, Jr.*
_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE